# Court of Appeals
# of the State of Georgia

ATLANTA, __November 20, 2023__

*The Court of Appeals hereby passes the following order:*

**A24E0033. E. I. DU PONT NEMOURS AND COMPANY n/k/a EIDP, INC. et al. v. CITY OF ROME, GEORGIA et al.**

The appellants have filed an emergency motion with this Court seeking supersedeas pending appeal of a November 17, 2023 order of the Superior Court of Floyd County. In that order, the Superior Court rejected the appellants' argument that certain information contained in a settlement agreement between the appellants and the City of Rome, Georgia was exempt from public disclosure under the trade secrets exception to the Open Records Act, OCGA § 50-18-72 (a) (34). The superior court dismissed the appellants' complaint for declaratory and injunctive relief and ordered the City of Rome to disclose the information by 12:00 p.m. on November 22, 2023. The appellants then filed a notice of appeal of the November 17, 2023 order.

After consideration of the appellants' motion for supersedeas, the motion is hereby ***GRANTED***. The superior court's order of November 17, 2023, is stayed and superseded pending the completion of the appeal or further order of this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/20/2023__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
.............................................................................., *Clerk.*